# UNITED STATES DISTRICT COURT

## for

# NORTHERN DISTRICT OF GEORGIA

## Violation Report and Petition For Summons For Defendant Under Bond Supervision

Name of Defendant: **Lamont Markal Clark**            Docket No. **1:15-cr-00331-RGV**
**UNDER SEAL**

Name of Judicial Officer:    **The Honorable Russell G. Vineyard**
**U. S. Magistrate Court Judge**

Bond: **On August 28, 2015, Clark appeared before Your Honor and was released on a $5,000 unsecured bond with the following conditions: surrender passport, no contact with any victim or witness, no illegal drug use, substance abuse testing, notify pretrial services within 72 hours of any contact with law enforcement, travel restrictions and to reside in Alabama.**

Original Offense: **Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 371.**

Type of Supervision: **Pretrial Supervision**        Date Supervision Commenced: **August 28, 2015**

Assistant U.S. Attorney: Diane C. Schulman        Defense Attorney: Lawrence J. Zimmerman

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has violated the conditions of bond supervision as follows:

### Violation # 1:

*The defendant must not violate federal, state or local law while on release.*

On September 3, 2015, Clark was apprehended by the U.S. Army Criminal Investigation Command at Fort Benning, Georgia, for committing the felony offense of Extortion. According to this officer's conversation with Judge Advocate General (JAG) Capt. Jacks, and Special Agent Todd Outlaw, Clark assisted a female identified as Courtney Wray with the extortion of money from Private First Class (PFC) Raymond Lopez. Clark brought Wray to Ft. Benning on the above date for the purpose of obtaining additional money from PFC Lopez in order to keep Wray from notifying Lopez's chain of command of previous paid sexual encounters.

### Violation # 2:

*The defendant must report within 72 hours to the pretrial services officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.*

On September 3, 2015, Clark was apprehended by the U.S. Army Criminal Investigation Command at Fort Benning, Georgia, for committing the misdemeanor offense of Pandering by Arranging and felony offense of Extortion. As of this date, Clark has failed to inform the U.S. Pretrial Services Office of his contact with law enforcement personnel.

Page 2
CLARK, Lamont M.

## PREVIOUS VIOLATION(S) REPORTED TO THE COURT:

There have been no other violation reports submitted to the Court since Clark was granted bond on August 28, 2015.

## PETITIONING THE COURT TO:

Issue a Summons for Lamont Clark directing him to appear before the Court at Atlanta, Georgia, on October 1, 2015, at 3 p.m., to show cause why Bond supervision heretofore entered should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

_K. Stan Tinsley_  09/22/15
K. Stan Tinsley                    Date
U. S. Probation Officer
770-407-4624 office
404-387-2915 cell

_Paul T. O'Connor, Jr._  9/22/2015
Paul T. O'Connor, Jr.              Date
Supervising U. S. Probation Officer

---

## THE COURT ORDERS:

☑ The issuance of a Summons

☐ No Action

☐ Other:

_Russell G. Vineyard_
The Honorable Russell G. Vineyard
U. S. Magistrate Court Judge

_Sept. 22, 2015_
Date