FILED IN OPEN COURT
U.S.D.C. Atlanta

OCT - 2 2015

JAMES N. HATTEN, Clerk
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARKAL LAMONT CLARK | **AMENDED**<br><br>Criminal Information<br><br>No. 1:15-CR-331 |

THE UNITED STATES ATTORNEY CHARGES THAT:

**Count One
Conspiracy to Defraud
18 U.S.C. § 371**

1. From at least on or about September 19, 2013, until on or about January 22, 2014, in the Northern District of Georgia and elsewhere, Defendant MARKAL LAMONT CLARK and others known and unknown to the United States Attorney, did unlawfully, willfully, and knowingly combine, conspire, confederate, and agree together and have a tacit understanding among themselves and with each other, to commit certain offenses against the United States, to wit: to knowingly execute and attempt to execute a scheme and artifice (i) to defraud federally insured financial institutions, and (ii) to obtain money, funds, assets and property owned by and under the custody and control of federally insured financial institutions, by means of materially false and fraudulent pretenses, representations, and promises, and by the omission of material facts, in violation of Title 18, United States Code, Section 1344.

2. At all times material to this information, Best Bank, Wells Fargo, Bank of America, and Regions Bank were financial institutions whose deposits were insured by the Federal Deposit Insurance Corporation.

## Manner and Means of the Conspiracy

3. On or about September 19, 2013, Co-Conspirator #1 opened a business bank account #xxxxxx6728 at Best Bank, in a branch located in the Northern District of Georgia, in the name of Company A, knowing that this business did not exist.

4. In or about October 2013, Defendant MARKAL LAMONT CLARK recruited Co-Conspirator #2 to assist Co-Conspirator #1 in the bank fraud scheme.

5. On or about October 28, 2013, Co-Conspirator #1 added Co-Conspirator #2's name as a signatory on the Company A account #xxxxxx6728 and removed Co-Conspirator #1's own name as a signatory.

6. On or about October 28, 2013, Co-Conspirator #2 signed several blank checks from the Company A account #xxxxxx6728 and gave them to Co-Conspirator #1.

## Overt Acts

7. On or about December 18, 2013, Co-Conspirator #1 deposited into the Company A account #xxxxxx6728 two checks totaling $90,000, made out to Company A, and written against a Bank of America account #xxxxxxxx0793 belonging to P.W. Other co-conspirators used stolen or misappropriated

information about P.W.'s account to manufacture these checks made payable to Company A without P.W.'s knowledge or authorization.

8. On or about December 20, 2013, Co-Conspirator #1 wrote a check against the Company A bank account #xxxxxx6728 for $90,000, made payable to Defendant MARKAL LAMONT CLARK, and signed by Co-Conspirator #2, knowing that the funds in the account were stolen.

9. On or about December 20, 2013, Defendant MARKAL LAMONT CLARK deposited the $90,000 check from the Company A bank account #xxxxxx6728 into a Wells Fargo account #xxxxxx0623, an account in Defendant MARKAL LAMONT CLARK's name, knowing that the funds covering the check were stolen.

10. On or about January 2, 2014, Defendant MARKAL LAMONT CLARK wire transferred $84,070.00 from his Wells Fargo account #xxxxxx0623 to an account at Regions' bank.

All in violation of Title 18, United States Code, Section 371.

JOHN A. HORN
  *United States Attorney*

*Diane C. Sch*
DIANE C. SCHULMAN
  *Special Assistant United States Attorney*
Georgia Bar No. 497764

DOUGLAS W. GILFILLAN
  *Assistant United States Attorney*
Georgia Bar No. 294713

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181