# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:15-cr-00331-TWT
### USA v. Clark
### Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 10/02/2015.

TIME COURT COMMENCED: 11:35 A.M.
TIME COURT CONCLUDED: 12:30 P.M.      COURT REPORTER: Andy Ashley
TIME IN COURT: 00:55                  DEPUTY CLERK: Vicki Hanna
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Lamont Markal Clark Present at proceedings |
| ATTORNEY(S) PRESENT: | Douglas Gilfillan representing USA<br>Diane Schulman representing USA<br>Lawrence Zimmerman representing Lamont Markal Clark |
| PROCEEDING CATEGORY: | Arraignment; Bond Revocation Hearing(Other Evidentiary Hearing-Contested); |
| PLEADINGS FILED IN COURT: | Order allowing the Defendant's name be changed on the Information, the Amended Criminal Information and Guilty Plea with Plea Agreement, filed. |
| MINUTE TEXT: | Defendant sworn, informed of rights and pleads gulty. In addition, the Government's Violation Report and Petition for Bond to be Revoked, is Granted. G-1, ADMITTED. Defendant is taken into custoday. |
| HEARING STATUS: | Hearing Concluded |
| ADDL HEARING(S) SCHEDULED: | Sentencing Hearing set for December 9, 2015 at 1:30 p.m. in Courtroom 2108; |