# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:15-cr-00331-TWT
## USA v. Clark
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 12/16/2015.

TIME COURT COMMENCED: 2:12 P.M.
TIME COURT CONCLUDED: 2:50 P.M.
TIME IN COURT: 0:38
OFFICE LOCATION: Atlanta

COURT REPORTER: Susan Baker
USPO: Stacy Rhault
DEPUTY CLERK: Sheila Sewell

| | |
|---|---|
| DEFENDANT(S): | [1]Markal Lamont Clark Present at proceedings |
| ATTORNEY(S) PRESENT: | Douglas Gilfillan representing USA<br>Diane Schulman representing USA<br>Lawrence Zimmerman representing Markal Lamont Clark |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | The Court adopted as facts those not objected to in pre-sentence report as findings of the Court. The Court sustained the joint objections to the PSR. The Court heard from counsel regarding government's request for a one level variance, which the Court granted. The Court heard from counsel on defendant's request for a non-guideline sentence and determined that this would be a guideline sentence for the reasons stated. The Court pronounced sentence - Custody of Bureau of Prisons 12 months and 1 day, to be followed by 3 years supervised release, $100.00 Special Assessment and restitution of $90,000.00 . The Court inquired as to Jones Objections. There were none . The Court advised the defendant of his/her right to appeal the sentence within 14 days. |
| HEARING STATUS: | Hearing Concluded |