UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>MARKAL CLARK,<br>　　　　Defendant, | CRIMINAL CASE NO.: 1:15-CR-331-TWT<br><br>FILED IN CLERK'S OFFICE<br>U.S.D.C. Atlanta<br><br>APR 11 2016<br><br>JAMES N. HATTEN, CLERK<br>By P. Brannon, Deputy Clerk |

DEMAND FOR SPEEDY TRIAL
PURSUANT TO 18 U.S.C.A. App §2, and 18 U.S.C.A. §3161

COMES NOW DEFENDANT, Markal Clark Pro Se, Demands of the Court the exercise of his right to a speedy trial and disposition of the above captioned case; and this pursuant to 18 U.S.C.A. App. §2, and 18 U.S.C.A. §3161. Defendant further makes this Demand under the Interstate Agreement on Detainers, filed commensurate with this pleading. Defendant is presently incarcerated at the Federal Correctional Complex, Low at Coleman, Florida. P.O. Box 1031. A hold/detainer has been lodged against the Defendant, which severely hinders his ability to program within the confines of his current sentence being served.

Accordingly, Defendant Demands his right to a speedy trial and adjudicatiion of this matter.

Respectfully submitted,

*Markal L. Clark*
Markal Clark, Pro Se
#67153-019
Federal Correctional Complex-Low
P.O. Box 1031
Coleman, Fl. 33521-1031

Markal Clark #67153-019
Federal Correctional Complex-Low
P.O. BOX 1031
Coleman, Fl. 33521-1031

CLERK OF COURT
JAMES N. HATTEN
75 Spring Street Room 2211
Atlanta, Ga. 30303-3309

